# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00099-CV

---

**Bensal Limited Partnership; Daneshjou Resources, Inc.; Benny Daneshjou; and Sally Daneshjou, Appellants**

**v.**

**Equity Secured Capital, L.P., and Equity Secured Investments, Inc., Appellees**

---

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-006632, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Benny Daneshjou has filed a suggestion of bankruptcy. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See* Tex. R. App. P. 8.2, 8.3. Appellant is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should he fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See* Tex. R. App. P. 42.3(b), (c).

Before Justices Goodwin, Baker, Smith

Bankruptcy

Filed: October 25, 2022